UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YOVANNY DOMINGUEZ, on behalf of himself and
all others similarly situated,                              1:18-cv-09799-AJN

                              Plaintiff,

  -against-                                                                    **STATEMENT OF DAMAGES**


NEW YORK EQUESTRIAN CENTER, LTD.,

                              Defendant,
_____


**Compensatory Damages,** pursuant to New York State Human Rights Laws ("NYSHRL");

 New York City Human Rights Laws ("N.Y.C.H.L")…………………………$ 500.00

**Costs and Disbursements**

       Clerk's Fee …………………………………………………………...$400.00
       Process Server fee for service ………………………………….....….$75.00
       Attorney Fees …………………………………………………………….TBD
       42 U.S.C. § 12205; N.Y.C. Admin. Code 8-502(f)

       Total …………………………………………………………………....TBD

       **AFFIXED AS EXHIBITS**

       1. Summons
       2. Complaint
       3. Proof of Service

.