UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

YOVANNY DOMINGUEZ, on behalf of himself and
all others similarly situated,

                          Plaintiff,                        1:18-cv-09799-AJN

  -against-                                             PETITION FOR THE AWARD OF
                                                                    COSTS AND FEES RELATED TO
                                                                    THE ACTION

NEW YORK EQUESTRIAN CENTER, LTD.,

                        Defendant,
_____

        PLEASE TAKE NOTICE that, on July 18, 2019, or such other date set by the Court, Plaintiff will move this Court, based on the declaration of Joseph H. Mizrahi, Esq., and all documents attached thereto, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Costs, pursuant to the Americans with Disabilities Act ("A.D.A.") and the New York City Human Rights Law ("N.Y.C.H.R.L."), 42 U.S.C. § 12205; N.Y.C. Admin. Code § 8-502(f), as the Defendant has failed to enter an appearance or otherwise meaningfully respond, and for such other and further relief as this Honorable Court may deem just and proper.

Dated: July 18, 2019

                                                                              Respectfully Submitted,

                                                                              /s/ Joseph H. Mizrahi
                                                                              Joseph H. Mizrahi, Esq.
                                                                              Cohen & Mizrahi LLP
                                                                              300 Cadman Plaza West 12th Floor
                                                                              Brooklyn, N.Y. 11201
                                                                              Attorney for Plaintiff