UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dominguez,

                Plaintiff,

–v–

New York Equestrian Center, LTD.,

                Defendant.

18-cv-09799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff has failed to comply with the Court's orders to serve a copy of the Opinion and Order on the Defendant, file an affidavit of service on the public docket, and file a motion for attorney's fees and costs.  See Dkt. Nos. 28, 29.  If Plaintiff does not file these documents by December 14, 2020, the case will be closed and no late applications for fees or costs will be accepted.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge