UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

Yovanny Dominguez.,

          Plaintiff,

–v–

New York Equestrian Center, LTD,

          Defendant.

18-cv-09799 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 8, 2020, the Court ordered that if Plaintiff did not serve a copy of the Opinion and Order on the Defendant, file an affidavit of service on the public docket, and file a motion for attorney's fees and costs by December 14, 2020, the case will be closed and no late applications for fees or costs will be accepted. Dkt. No. 30. The Plaintiff did not file a motion for attorney's fees or costs. The Court respectfully directs the Clerk to close the case.

    SO ORDERED.

Dated: December 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge